STATE v. WHITE

No. 475P94

Case below: 116 N.C.App. 138

Petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed 5 October 1994 without prejudice to defendant's right to refile on proper forms.

STATE v. YOUNG

No. 388P94

Case below: 115 N.C.App. 566

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1994.

STATE AUTO. MUT. INS. CO. v. UNIVERSAL UNDERWRITERS INS. CO.

No. 342P94

Case below: 115 N.C.App. 174

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 October 1994.

THOMPSON CADILLAC-OLDSMOBILE v. OLDSMOBILE DIV. OF GEN. MOTORS

No. 378P94

Case below: 115 N.C.App. 566

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 October 1994.

TRANSYLVANIA COUNTY DSS v. CONNOLLY

No. 415P94

Case below: 115 N.C.App. 34

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1994.